**Guy T. HELVERING, Com'r of Internal Revenue, Petitioner, v. Flora Day SUPPLEE, Respondent.**

**SAME v. Elizabeth S. KIRK, Marie Supplee Dickson and Henderson Supplee, Jr., Executrices and Executor of C. Henderson Supplee's Will, Respondents.**

**Nos. 7385, 7413.**

Circuit Court of Appeals, Third Circuit.

March 5, 1941.

John J. Pringle, Jr. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., on the brief), for petitioner.

Harry J. Alker, Jr., of Philadelphia, Pa. (Edwin Hall, 2nd, of Philadelphia, Pa., on the brief), for respondents.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The sole question presented by the appeals at bar is ruled by the decision of the Supreme Court in the case of Guggenheim v. Rasquin, 61 S.Ct. 507, 85 L.Ed. ——, in favor of the contention of the petitioner.

Accordingly, the decisions of the Board of Tax Appeals are reversed and the causes are remanded for determination of taxes in accordance with the decision of the Supreme Court which we have cited.